IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MIKEL HAMMONDS, # 177646, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:15-CV-006-WKW |
| | ) |
| KARLA JONES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On January 12, 2015, the Magistrate Judge filed a Recommendation in this case. (Doc. # 4.) On January 16, 2015, Plaintiff Mikel Hammons filed an objection. (Doc. # 5.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b).

Accordingly, it is ORDERED as follows:

1. Mr. Hammons's objection (Doc. # 5) is OVERRULED.

2. The Recommendation (Doc. # 5) is ADOPTED.

3. Mr. Hammons's motion for a preliminary injunction is DENIED.

4. This case is REFERRED back to the Magistrate Judge for further proceedings on Mr. Hammons's claims.

DONE this 23rd day of January, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE