IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MIKEL HAMMONDS, # 177646,   )  | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.   ) | |
| ) | CASE NO. 2:15-CV-6-WKW |
| WARDEN KARLA JONES,   ) | [WO] |
| WARDEN DERRICK CARTER,   ) | |
| WARDEN KENNETH   ) | |
| SCONYERS, CAPTAIN   ) | |
| BRYANT, KIM TOBIAS   ) | |
| THOMAS, LT. PEAVY, SGT.   ) | |
| JONES, and SGT. TEAL, in their   ) | |
| individual and official capacities,   ) | |
| ) | |
| Defendants.   ) | |
| ) | |

## **ORDER**

On August 12, 2015, the Magistrate Judge filed a Recommendation (Doc. # 29) to which Plaintiff filed an objection (Doc. # 35). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b), and finds that Plaintiff makes essentially the same arguments the Magistrate Judge considered and rejected. Accordingly, it is ORDERED as follows:

(1) Plaintiff's objection (Doc. # 35) is OVERRULED;

(2) The Recommendation (Doc. # 29) is ADOPTED;

(3)     Plaintiff's claims regarding placement in the restricted privileges dorm, violations of the First Amendment, denial of access to courts, and failure to investigate complaints are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i) and/or (ii);

(4)     Plaintiff's motion for a preliminary injunction (Doc. # 25) is DENIED; and

(5)     Plaintiff's Eighth Amendment claim regarding conditions of confinement in the restricted privileges dorm is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 6th day of October, 2015.

                                                  /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE