IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MIKEL HAMMONDS, #177646, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:15-CV-06-WKW ) [WO] |
| KARLA JONES, Warden, DERRICK CARTER, Warden, KENNETH SCONYERS, Warden, CAPTAIN BRYANT, Warden, KIM TOBIAS THOMAS, Commissioner, LT. PEAVY, SGT. JONES, and SGT. TEAL, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

On March 5, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 78.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (Doc. # 78) is ADOPTED.

2. The motion for summary judgment filed by Defendants Karla Jones, Derrick Carter, Kenneth Sconyers, Willie Bryant, Larry Peavy, Dominic Jones, and Kelvin

Teal (Doc. # 40) is GRANTED.

3. Defendant Kim Thomas's motion for summary judgment (Doc. # 45) is GRANTED.

4. This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 28th day of March, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE