IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MIKEL HAMMONDS, # 177646, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:15-CV-06-WKW [WO] |
| KARLA JONES, Warden, DERRICK CARTER, Warden, KENNETH SCONYERS, Warden, CAPTAIN BRYANT, Warden, KIM TOBIAS THOMAS, Commissioner, LT. PEAVY, SGT. JONES, and SGT. TEAL, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that judgment is ENTERED against Plaintiff Mikel Hammonds and in favor of Defendants Karla Jones, Derrick Carter, Kenneth Sconyers, Captain Bryant, Kim Tobias Thomas, Lt. Peavy, Sgt. Jones, and Sgt. Teal.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

DONE this 28th day of March, 2018.

                                             /s/ W. Keith Watkins  
                                     CHIEF UNITED STATES DISTRICT JUDGE